# EXHIBIT A

FILED
CIVIL ACTIONS BRANCH
APR 22 2019
Superior Court
of the District of Columbia
Washington, DC

**Superior Court of the District of Columbia**
**CIVIL DIVISION – Civil Actions Branch**
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

Case No. **19 - 0 0 0 2 6 0 3**

## COMPLAINT

Jurisdiction of this Court is founded on D.C. Code § 11-921.

PLAINTIFF   Bishop Joglyn

vs

DEFENDANT   Gen. Sen. Adain

Address (No Post Office Boxes)   11418 Rockvi

Address (No Post Office Boxes)   301 7th + D Streets.

City   Rockville   State   MD   Zip Code   20852

City   Wash   State   DC   Zip Code   20407

Telephone Number

Telephone Number

Email Address (optional)

Email Address (optional)

1. Write a short and plain statement of your claim, including any relevant facts, dates, and locations:

   ~~to~~ The defense violated the Rules of Agreement
   when they draw up a document ~~faking a~~ Process, taking
   ~~without using that the~~ The plaintiff is assaulted
   and petition that the documents were corrected.
   The def is to pay a Relief ~~of s~~, provide
   replies

2. What relief are you requesting from the Court? Include any request for money damages.

   ◦ Relief of $74,000

   ◦ Provide date + ~~oth~~ to talk for settlement.

Form CA-3074 [Rev. Nov. 2017]          1          Super. Ct. Civ. R. 3

3. State any other information, of which the Court should be aware:

Hospital Records could be prov. They were given a
locate of where to find ~ it

Polic. record. were serv. at the plac.

u

See oth.

## SIGNATURE

To the best of my knowledge, everything in this Complaint is true and I am not filing this Complaint to harass the Defendant(s). Superior Court Civil Rules 11(b).

**SIGNATURE**

**DATE** 4/22/19

Subscribed and sworn to before me this ___22nd___ day of ___April___ 20_19_

Patricia Allen
Deputy Clerk

(Notary Public/Deputy Clerk)

2

ATTN: Ms. Tynan.

Please treat Relief with urgency.

Thank you.

District Court of

DC

Bishop, Joylyn

> Plaintiff

v.

**General Services Administration**

> **Defendant**

### Motion/Order

---

Upon review of this document, the petitioner now ask the honorable Judge, or the honorable Court to Grant in favour of this document and the Petitioner relief in summary of the above statements. It has been long overdue, that the Court reviewed the demands and some of the stated facts, mailed documents to the defendant, and requested a response. The defendant failed to honor any agreements. It is also with regards that the petitioner informs the Court that the defense is in review of conduct that were not conducive and orderly.

I.   I am being assaulted by these women daily. I am attacked in my head. I am attacked in the genitals. I am attacked in the arm and in other parts of the body. I am being run-down for skills, for sexual things, for clothes. The women that I worked with were aggressive and crime driven.

This is a known assault in the federal government, and the defendants must come to close.

These people are howling and requesting puss.

II.   The defense were duly informed of criminal conduct within the agency.  A major crime has taken place.  The petitioner warns that this document is by a small portion to report to the Court the crime that reports were made.

The Petitioner reported, that a crime had taken place there at the work place.  A group of Black/African Am. Women made assaults against the Petitioner in-person.  The group of Black/African Am. Women also threatened to put-out Ms. Bishop from her work and roles.  Human Resources took reports because of its aggression and pursuits.  It turned out that the group of Black/Afri. Women wanted to sodomite by fingering, flaunting, slobbering, and more, including burning and making aggressive remarks about the puss and other things to the Petitioner.  The assault is aggressive and has been taking place for some time.

Now,  the petitioner provided documents to the defense and addressed where to find hospital records at Subburban Hospital Old Georgetown Road, Bethesda, MD 20814 and other records provided to the defense/ or places where they could be obtained.  A Police report is also lodged at the Crime Unit, Dis.of Columbia Police Division.

The Administrative agency United States Merit Systems Board of Protection requested that the defense in this case provide replies, stipulations, and agreements.  Infact, Orders were made by the United States Merit Systems Board of Protection.  The Petitioner has not received any replies.

III.   The case is of great significance because it appears to be an assault on their homeland protection.  The women claim better benefits, and claim to help other groups who desired to demonized the government.  I report light, and made request that the police places make invest. And their own reports from what they found.  However, there is a strong out-cry and some form of reaching out.

IV.   The women claim to have made the put-out of a person from work to hunt, and run down as part of a show

V.   The fedence must make every attempt to close the issue, or to reply, and to provide an agreement.

In sight of the above, the petitioner now begs the Court to request that the persons responsible must reply and provide an answer to the documents here.  The defense violated the Rules of Agreement, and the Statutes, and Orders.  The Codes will be found at No Fear Act, Cv Rights and Title IV.  The Court must provide an Order and ask the defense to comply with agreements.

Yours Sincerely,

Bishop, Joylyn

Certificas

I, J.Bishop certify that I have hand deliver a copy of this document to the defense at 301

7th and D Sts, WDC 20704 on the date

Sincerely,

Bishop, J

District Court of

DC

Bishop, Joylyn

Plaintiff

v.

**General Services Administration**

**Defendant**

**Motion/Order**

Comes Now, the Petitioner begs the honorable Court to provide an Order to make a demand that the defense reply, and provide timely records,

Comply with, and ask the women rioting to halt it:

MSPB Form 185, Page 4 (5/13)
5 C.F.R. Parts 1201, 1208, and 1209

**PART 3 - OPM or Agency Retirement Decision**
**Complete this part if you are appealing a decision of the Office of Personnel Management (OPM) or other Federal agency directly addressing your retirement rights or benefits.**

20. In which retirement system are you enrolled?

[ ] CSRS
[ ] CSRS Offset
[ ] FERS
[ ] Other, *describe:*

21. Are you a:
[ ] Current Employee
[ ] Annuitant
[ ] Surviving Spouse
[ ] Other, *describe:*

22. If retired, date of retirement, or if unknown, approximate date:

Date Retired (MM/DD/YYYY):

23. Describe the retirement decision you are appealing.

24. Have you received a final or reconsideration decision from OPM or another Federal agency?
[ ] Yes *(attach a copy)*          [ ] No

If "Yes," on what date did you receive the decision?

Date Received (MM/DD/YYYY):

Provide the OPM processing (CSA or CSF) number in your appeal:

OPM Claim Number:

25. Explain briefly why you think OPM or another Federal agency was wrong in making this decision.

The agency engaged in a prohibit ~~fers~~. practice when it drew up a document. so that Some of the Black/Afri. women could engage in a Crime. The petitioner was assaulted ~~the~~ at the agency and Reports were made. The Agency must now correct the mistak toe made.

MSPB Form 185, Page 5 (6/13)
5 C.F.R. Parts 1201, 1208, and 1209

**PART 4 — Designation of Representative**

26. Has an individual or organization agreed to represent you in this proceeding before the Board? (You may designate a representative at any time. However, it is unlikely that the appeals process will be delayed for reasons related to obtaining or maintaining representation. Moreover, you must promptly notify the Board in writing of any change in representation.)

[ ] Yes *(Complete the information below and sign)*          [ ] No

DESIGNATION:

"I hereby designate _____ to serve as my representative during the course of this appeal.

I am Petitioning an Order to have the defendants now return the working equipments, Badge, and other working things in the same Order. The Statutes and Codes laid out by the Merit Systems Board of Protection made it that the defense must return these working equipment.

Please deliver equipment and working agreement to the Court by end of day ........................

..............................................................................................................................

..............................................................................................................................

On this day, I will deliver the working equipment ........................................................

Point of C. for things. The equipment were left on the desk of Takiyah Coe ........................

Telephone number for pick-up ..........................................................................

The EEO case is still pending and a Relief of $74,000 is to be paid out, and a settleme. to be discussed. Please provide a time and a place to come a table and find a conclusion.

Sincerely

Bishop, J.

Check for Police Report lodged with Maury Mungin, Admin.

AGREEMENT

Bishop v. GSA

It is now agreed upon signature, that:

I.     The Employee will return to her desk upon signature and date of this agreement.  An EEO case established that an issue existed prior to the reports of Ms. Coe's assertion. An existing Human Resources report had documented the aggression of the group of Afri. Am. women who made aggressive assaults towards the employee.  It is documented by Ms. Christine Daniels on and before, and no later than Sept. of that year. It is also reported, that the employee Ms. J. Bishop, was assaulted by Darlene and hospitalized.  It is also recorded by insurance and hospitalization records at the Suburban Hospital, 8600 Ols Georgetown Road, Bethesda MD 20814, tel: 301-896, 3100, Fax: email:  Prior to the put out, Darlene D. claimed that she will put-out the employee from her work.  Subesequently, she and more co-conconspirators went about looking for things to make a matter.  The employee was seriously assaulted (again) by a group of women from the workplace including Darlene D., Pamela Ray, and Takiyah Coe right following a drawn up email by Takiyah Coe.  The Rules and agreement of employment were not follwed and were also mismanagement.  A very serious and dangerous voodooing, taunting, torturing, and other took place subsequently.  In which the women claimed a need to upgra. by using other people's genome.  This practice I believe could be traced all back to their community of Afri. Am. practices of torturing women and requesting several parts of a genital.  They were vulgar in their practice yelling, stomping, accusing, asking, even volking and carrying on a common place ritual.  The employee claims a serious crime had occured, and the agency had taken less attentiveness in reconing and refusing it.  We pay that the agency must now come to close the matter and correct the mistake; that was made.  Further reports were lodged in the District Court of Montgomery Court against Darlene D. on or around February 2014. Copies of a report may be attached here, but further writings and advancement in a criminal case could be obtained if necessary by you.  It is also requested that the police constable make contact with your office places. The agency is in violation of the equal emploment Rules of practices of good employment ethics.  Even the Merit Systems Potection Board, in this thing, had substantiated a claim when it requested that the agency provide a stipulation agreement and responses to the employee.  The employee also requested W2s which were not received since a 2014.  The workplace must not violate the agreements, and the warnings and must close this case now.  No Fear Act, Title IV Equal Rights Act, and the Civil Rights records will substantiate the claims of violation of practice.

II.     The Employee warns the workplace of a strong crime that had festered following what was carried out with the conduct and acts of these Afri.Am. women

1

AGREEMENT

Bishop v. GSA

It is now agreed upon signature, that:

I.      The Employee will return to her desk upon signature and date of this agreement.  An EEO case established that an issue existed prior to the reports of Ms. Coe's assertion. An existing Human Resources report had documented the aggression of the group of Afri. Am. women who made aggressive assaults towards the employee.  It is documented by Ms. Christine Daniels on and before, and no later than Sept. of that year. It is also reported, that the employee Ms. J. Bishop, was assaulted by Darlene and hospitalized.  It is also recorded by insurance and hospitalization records at the Suburban Hospital, 8600 Ols Georgetown Road, Bethesda MD 20814, tel: 301-896, 3100, Fax: email:  Prior to the put out, Darlene D. claimed that she will put-out the employee from her work.  Subesequently, she and more co-conconspirators went about looking for things to make a matter.  The employee was seriously assaulted (again) by a group of women from the workplace including Darlene D., Pamela Ray, and Takiyah Coe right following a drawn up email by Takiyah Coe.  The Rules and agreement of employment were not follwed and were also mismanagement.  A very serious and dangerous voodooing, taunting, torturing, and other took place subsequently.  In which the women claimed a need to upgra. by using other people's genome.  This practice I believe could be traced all back to their community of Afri. Am. practices of torturing women and requesting several parts of a genital.  They were vulgar in their practice yelling, stomping, accusing, asking, even volking and carrying on a common place ritual.  The employee claims a serious crime had occured, and the agency had taken less attentiveness in reconing and refusing it.  We pay that the agency must now come to close the matter and correct the mistake that was made.  Further reports were lodged in the District Court of Montgomery Court against Darlene D. on or around February 2014.  Copies of a report may be attached here, but further writings and advancement in a criminal case could be obtained if necessary by you.  It is also requested that the police constable make contact with your office places. The agency is in violation of the equal emploment Rules of practices of good employment ethics.  Even the Merit Systems Potection Board, in this thing, had substantiated a claim when it requested that the agency provide a stipulation agreement and responses to the employee.  The employee also requested W2s which were not received since a 2014.  The workplace must not violate the agreements, and the warnings and must close this case now.  No Fear Act, Title IV Equal Rights Act, and the Civil Rights records will substantiate the claims of violation of practice.

II.     The Employee warns the workplace of a strong crime that had festered following what was carried out with the conduct and acts of these Afri.Am. women

1

during the time of 2013, 2014, and then subsequent assaults. The crime could have risen to a claim of civil liberties fights against the government, and furthermore, some other things against white race, and other claims for benefits, and other terrorist assaults against your working plans. Bishop, the employee prays that the agency takes warning, also cloase the case, and return working things, equipment, and so on.

III.     The agency must provide a written communication of what this is. This case is reported to the police, and other entities can be investigating the matter. In 2014, Ms. Bishop took a cheap flight to Wisconsin, GSA, and reported the matter to the appropriate person. He then, reported it back to DC governm. and requested that Sherry, HR head look at it. Ms. Bishop requested a correction of what had occured on the cite.

IV.     Keep in mind, that the agency is at fault when it allowed improper and rude practice in the procedural time. Takiyah Coe, requested that Ms. Bishop hand her things in her office, when Ms. Bishop turn there to do so, no one was there to pick it up. Again, the rules of employment were violated. Thereagain a vicious and rude attack rose and took place. The attack is reported to your place of record.

V.     The agency must not hold the governm., the polic., and other forms of establis. to biligerance and common place vulgar practice of informatue.; while a crime-spree took place.

VI.     The employee is still avilable for work, and now id available tommorow at close of day to take anything that is now available to correct the crime.

In this Agreement, a copy of this document is now lodged with an established law enforcement agency:.

Sincerely, and now

....................................................

....................................................

....................................................

...........

and

....................................................

....................................................



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

Bishop, J.
_____
                    Plaintiff
              vs.

Gen. Serv. Admin
_____
                    Defendant

Case Number  **19 - 0002603**

**SUMMONS**

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Bishop. J.
_____
Name of Plaintiff's Attorney

11/1/18   Rockville
_____
Address
Rockville MD 20852
_____

_____
Telephone
如需翻译,请打电话 (202) 879-4828      Veuillez appeler au (202) 879-4828 pour une traduction      Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화하시면 됩니다.       የአማርኛ ትርጉም ለማማኘት (202) 879-4828      ይደውሉ

*Clerk of the Court*

By _____  Patricia Allen
                                Deputy Clerk
                    Deputy Clerk

Date __04/22/2019__

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]                                    Super. Ct. Civ. R. 4



**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
Sección de Acciones Civiles
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

_____
                                    Demandante

          contra                                    Número de Caso: _____

_____
                                    Demandado

**CITATORIO**

Al susodicho Demandado:

        Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

        A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

                                                    *SECRETARIO DEL TRIBUNAL*

_____
Nombre del abogado del Demandante

                                            Por: _____

_____
Dirección                                                  Subsecretario

                                            Fecha _____
_____
Teléfono
如需翻译,请打电话 (202) 879-4828      Veuillez appeler au (202) 879-4828 pour une traduction      Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면(202) 879-4828 로전화주십시오      ፕአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO.*

        Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

                        Vea al dorso el original en inglés
                        See reverse side for English original

CV-3110 [Rev. June 2017]                                            Super. Ct. Civ. R. 4

# Superior Court of the District of Columbia

## CIVIL DIVISION- CIVIL ACTIONS BRANCH

### INFORMATION SHEET

Bishop, J.

vs

Gen. Serv. Admin.

Case Number: **19 - 0 0 0 2 6 0 3**

Date: _____

☐ One of the defendants is being sued
in their official capacity.

| | |
|---|---|
| Name: *(Please Print)*  Bishop. Jayly. | Relationship to Lawsuit |
| Firm Name: | ☐ Attorney for Plaintiff |
| Telephone No.:          Six digit Unified Bar No.: | ☒ Self (Pro Se)  ☐ Other: _____ |

TYPE OF CASE: ☐ Non-Jury          ☐ 6 Person Jury          ☐ 12 Person Jury
Demand: $_____          Other: _____

PENDING CASE(S) RELATED TO THE ACTION BEING FILED
Case No.:_____          Judge:_____          Calendar #:_____

Case No.:_____          Judge:_____          Calendar#:_____

---

NATURE OF SUIT:     *(Check One Box Only)*

**A. CONTRACTS**                              **COLLECTION CASES**

☐ 01 Breach of Contract
☐ 02 Breach of Warranty
☐ 06 Negotiable Instrument
☐ 07 Personal Property
☐ 13 Employment Discrimination
☐ 15 Special Education Fees

☐ 14 Under $25,000 Pltf. Grants Consent
☐ 17 OVER $25,000 Pltf. Grants Consent
☐ 27 Insurance/Subrogation
     Over $25,000 Pltf. Grants Consent
☐ 07 Insurance/Subrogation
     Under $25,000 Pltf. Grants Consent
☐ 28 Motion to Confirm Arbitration
     Award (Collection Cases Only)

☐ 16 Under $25,000 Consent Denied
☐ 18 OVER $25,000 Consent Denied
☐ 26 Insurance/Subrogation
     Over $25,000 Consent Denied
☐ 34 Insurance/Subrogation
     Under $25,000 Consent Denied

**B. PROPERTY TORTS**

☐ 01 Automobile
☐ 02 Conversion
☐ 07 Shoplifting, D.C. Code § 27-102 (a)

☐ 03 Destruction of Private Property
☐ 04 Property Damage

☐ 05 Trespass

**C. PERSONAL TORTS**

☑ 01 Abuse of Process
☐ 02 Alienation of Affection
☑ 03 Assault and Battery
☐ 04 Automobile- Personal Injury
☐ 05 Deceit (Misrepresentation)
☐ 06 False Accusation
☐ 07 False Arrest
☐ 08 Fraud

☐ 10 Invasion of Privacy
☐ 11 Libel and Slander
☐ 12 Malicious Interference
☐ 13 Malicious Prosecution
☐ 14 Malpractice Legal
☐ 15 Malpractice Medical (Including Wrongful Death)
☐ 16 Negligence- (Not Automobile,
     Not Malpractice)

☐ 17 Personal Injury- (Not Automobile,
     Not Malpractice)
☐ 18 Wrongful Death (Not Malpractice)
☐ 19 Wrongful Eviction
☐ 20 Friendly Suit
☐ 21 Asbestos
☐ 22 Toxic/Mass Torts
☐ 23 Tobacco
☐ 24 Lead Paint

SEE REVERSE SIDE AND CHECK HERE          IF USED

CV-496/June 2015

# Information Sheet, Continued

**C. OTHERS**

☐ 01 Accounting
☐ 02 Att. Before Judgment
☐ 05 Ejectment
☐ 09 Special Writ/Warrants
    (DC Code § 11-941)
☐ 10 Traffic Adjudication
☐ 11 Writ of Replevin
☐ 12 Enforce Mechanics Lien
☐ 16 Declaratory Judgment

☐ 17 Merit Personnel Act (OEA)
    (D.C. Code Title 1, Chapter 6)
☐ 18 Product Liability

☐ 24 Application to Confirm, Modify,
    Vacate Arbitration Award (DC Code § 16-4401)
☐ 29 Merit Personnel Act (OHR)
☐ 31 Housing Code Regulations
☐ 32 Qui Tam
☐ 33 Whistleblower

**II.**

☐ 03 Change of Name
☐ 06 Foreign Judgment/Domestic
☐ 08 Foreign Judgment/International
☐ 13 Correction of Birth Certificate
☐ 14 Correction of Marriage
    Certificate
☐ 26 Petition for Civil Asset Forfeiture (Vehicle)
☐ 27 Petition for Civil Asset Forfeiture (Currency)
☐ 28 Petition for Civil Asset Forfeiture (Other)

☐ 15 Libel of Information
☐ 19 Enter Administrative Order as
    Judgment [ D.C. Code §
    2-1802.03 (h) or 32-151 9 (a)]
☐ 20 Master Meter (D.C. Code §
    42-3301, et seq.)

☐ 21 Petition for Subpoena
    [Rule 28-I (b)]
☐ 22 Release Mechanics Lien
☐ 23 Rule 27(a)(1)
    (Perpetuate Testimony)
☐ 24 Petition for Structured Settlement
☐ 25 Petition for Liquidation

**D. REAL PROPERTY**

☐ 09 Real Property-Real Estate
☐ 12 Specific Performance
☐ 04 Condemnation (Eminent Domain)
☐ 10 Mortgage Foreclosure/Judicial Sale
☐ 11 Petition for Civil Asset Forfeiture (RP)

☐ 08 Quiet Title
☐ 25 Liens: Tax / Water Consent Granted
☐ 30 Liens: Tax / Water Consent Denied
☐ 31 Tax Lien Bid Off Certificate Consent Granted

_____
Attorney's Signature

4/22/19
_____
Date

CV-496/ June 2015



**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001**
**Telephone: (202) 879-1133 • Website: www.dccourts.gov**

BISHOP JOYLYN
   Vs.                                                        C.A. No.      2019 CA 002603 B
GEN. SERV. ADMIN.

## INITIAL ORDER AND ADDENDUM

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("Super. Ct. Civ. R.") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the summons, the complaint, and this Initial Order and Addendum. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in Super. Ct. Civ. R. 4(m).

(3) Within 21 days of service as described above, except as otherwise noted in Super. Ct. Civ. R. 12, each defendant must respond to the complaint by filing an answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in Super. Ct. Civ. R. 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an initial scheduling and settlement conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference _once_, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than seven business days before the scheduling conference date.
No other continuance of the conference will be granted except upon motion for good cause shown.

(6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each judge's Supplement to the General Order and the General Mediation Order.  Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

                                        Chief Judge Robert E. Morin

Case Assigned to:  Judge MICHAEL L RANKIN
Date:   April 22, 2019
Initial Conference: 10:30 am, Friday, July 26, 2019
Location:  Courtroom 517
                500 Indiana Avenue N.W.
                WASHINGTON, DC  20001

                                                                CAIO-60

## ADDENDUM TO INITIAL ORDER AFFECTING
## ALL MEDICAL MALPRACTICE CASES

In accordance with the Medical Malpractice Proceedings Act of 2006, D.C. Code § 16-2801, et seq. (2007 Winter Supp.), "[a]fter an action is filed in the court against a healthcare provider alleging medical malpractice, the court shall require the parties to enter into mediation, without discovery or, if all parties agree[,] with only limited discovery that will not interfere with the completion of mediation within 30 days of the Initial Scheduling and Settlement Conference ("ISSC"), prior to any further litigation in an effort to reach a settlement agreement.  The early mediation schedule shall be included in the Scheduling Order following the ISSC.  Unless all parties agree, the stay of discovery shall not be more than 30 days after the ISSC." D.C. Code § 16-2821.

To ensure compliance with this legislation, on or before the date of the ISSC, the Court will notify all attorneys and *pro se* parties of the date and time of the early mediation session and the name of the assigned mediator.  Information about the early mediation date also is available over the internet at https://www.dccourts.gov/pa/.  To facilitate this process, all counsel and *pro se* parties in every medical malpractice case are required to confer, jointly complete and sign an EARLY MEDIATION FORM, which must be filed no later than ten (10) calendar days prior to the ISSC. D.C. Code § 16-2825 Two separate Early Mediation Forms are available.  Both forms may be obtained at www.dccourts.gov/medmalmediation.  One form is to be used for early mediation with a mediator from the multi-door medical malpractice mediator roster; the second form is to be used for early mediation with a private mediator.  Both forms also are available in the Multi-Door Dispute Resolution Office, Suite 2900, 410 E Street, N.W.  Plaintiff's counsel is responsible for eFiling the form and is required to e-mail a courtesy copy to earlymedmal@dcsc.gov.  *Pro se* Plaintiffs who elect not to eFile may file by hand in the Multi-Door Dispute Resolution Office.

A roster of medical malpractice mediators available through the Court's Multi-Door Dispute Resolution Division, with biographical information about each mediator, can be found at www.dccourts.gov/medmalmediation/mediatorprofiles.  All individuals on the roster are judges or lawyers with at least 10 years of significant experience in medical malpractice litigation. D.C. Code § 16-2823(a).  If the parties cannot agree on a mediator, the Court will appoint one. D.C. Code § 16-2823(b).

The following persons are required by statute to attend personally the Early Mediation Conference: (1) all parties; (2) for parties that are not individuals, a representative with settlement authority; (3) in cases involving an insurance company, a representative of the company with settlement authority; and (4) attorneys representing each party with primary responsibility for the case.  D.C. Code § 16-2824.

No later than ten (10) days after the early mediation session has terminated, Plaintiff must eFile with the Court a report prepared by the mediator, including a private mediator, regarding: (1) attendance; (2) whether a settlement was reached; or, (3) if a settlement was not reached, any agreements to narrow the scope of the dispute, limit discovery, facilitate future settlement, hold another mediation session, or otherwise reduce the cost and time of trial preparation. D.C. Code§ 16-2826.  Any Plaintiff who is *pro se* may elect to file the report by hand with the Civil Actions Branch.  The forms to be used for early mediation reports are available at www.dccourts.gov/medmalmediation.

Chief   Judge   Robert   E.   Morin